■ DINA A. SORICHETTI, an Infant, by her Mother and Natural Guardian, JOSEPHINE SORICHETTI, et al., Respondents, v CITY OF NEW YORK, Appellant.—Order, Supreme Court, Bronx County, entered on or about July 14, 1978, unanimously affirmed, on the opinion of Chananau, J., at Special

Term, without costs and without disbursements. Concur—Kupferman, J. P., Birns, Fein, Lupiano and Yesawich, JJ. [95 Misc 2d 451.]